UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:05-cr-114-FtM-33DNF

JOSE LUIS MORALES
_____/

**ORDER**

This cause is before the Court pursuant to Defendant Jose Luis Morales's Unopposed Motion to Terminate Supervised Release (Doc. # 190), which was filed on August 25, 2017. For the reasons that follow, the Court grants the Motion.[1]

**Discussion**

Morales was indicted on November 9, 2005, for conspiracy to possess with intent to distribute more than 100 marijuana plants. (Doc. # 24). Morales entered a plea of guilty on March 2, 2006 (Doc. # 63), and on August 16, 2006, the Court sentenced Morales to 130 months imprisonment to be followed by 60 months of supervised release. (Doc. # 141). Morales was released on December 31, 2014, and has completed more than half of his term of supervised release. (Doc. # 190 at 1). He

---

[1] The Court notices that the Motion was filed under case no. 2:05-mj-1083-DNF. This Court sentenced Morales under case number 2:05-cr-114-FtM-33DNF, which is the operative case number.

1

seeks early termination of his supervision and points out that he has "done an admirable job of turning his life around since his release from prison." (Id.). Morales remarks that termination of supervision would assist him in his employment opportunities and in obtaining better housing. The Government does not object to the request. In addition, the assigned probation officer has no objection to early termination of supervision.

Under 18 U.S.C. § 3583(e)(1), the Court may, after considering various factors enumerated in 18 U.S.C. § 3553

> terminate a term of supervised release and discharge the defendant released at any time after expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

After due consideration, the Court determines that it is appropriate to terminate Morales's term of supervised release. Morales's stated goals of maintaining gainful employment and securing desirable housing convince the Court that Morales is on the right path toward reintegrating into society after serving his prison sentence. The Court commends Morales for his efforts and exercises its discretion to terminate

Morales's term of supervised release. However, the Court cautions Morales that he must follow all governing laws and regulations and stay out of trouble.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Jose Luis Morales's Unopposed Motion to Terminate Supervised Release (Doc. # 190) is **GRANTED**.

(2) Termination of Supervised Release is effective **IMMEDIATELY** for Defendant Jose Luis Morales.

**DONE** and **ORDERED** in Fort Myers, Florida, this <u>28th</u> day of August, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE